## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IRON OAK TECHNOLOGIES, LLC, | |
| *Plaintiff*, | CIVIL ACTION NO. 1:17-cv-1485-LPS-CJB |
| v. | **JURY** |
| SIERRA WIRELESS, INC., and SIERRA WIRELESS AMERICA, INC. | |
| *Defendants*. | |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that, counsel for Plaintiff Iron Oak Technologies, LLC and counsel for Defendants Sierra Wireless, Inc. and Sierra Wireless America, Inc. have conferred, and have agreed to a voluntary dismissal of the action with prejudice. Parties to pay their own costs and attorneys' fees.

Respectfully submitted,

Dated: January 10, 2018

PINCKNEY, WEIDINGER, URBAN
 & JOYCE LLC

*/s/ Helena C. Rychlicki*

| | |
|---|---|
| Robert J. McAughan, Jr. | Elizabeth Wilburn Joyce (DE No. 3666) |
| TX State Bar No. 00786096 | Helena C. Rychlicki (DE No. 3996) |
| bmcaughan@smd-iplaw.com | 3711 Kennett Pike, Suite 210 |
| Albert B. Deaver, Jr. | Greenville, DE 19807 |
| TX Bar No. 05703800 | (302) 504-1497 (telephone) |
| adeaver@smd-iplaw.com | (302) 655-5123 (facsimile) |
| SUTTON MCAUGHAN DEAVER PLLC | ewilburnjoyce@pwujlaw.com |
| Three Riverway, Suite 900 | hrychlicki@pwujlaw.com |
| Houston, TX 77056 | |
| (713) 800-5700 (T) | |
| (713) 800-5699 (F) | *Attorneys for Plaintiff* |
| | *Iron Oak Technologies, LLC* |

IT IS SO ORDERED, this _____ day of January, 2018.


_____
District Court Judge

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that, on the 10th day of January 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

   I further hereby certify that, on the 10th day of January 2018, a true and correct copy of the foregoing filing was sent via electronic mail, to:

   Amanda Tessar, Esq.
   Perkins Coie LLP
   1900 Sixteenth Street, Suite 1400
   Denver, CO  80202-5255
   ATessar@perkinscoie.com

   *Attorneys for Defendants*
   *Sierra Wireless, Inc. and*
   *Sierra Wireless America, Inc.*

           */s/ Helena C. Rychlicki*
           Helena C. Rychlicki (DE No. 3996)